NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRECISION SPINE, INC.,**
*Appellant*

**v.**

**RSB SPINE, LLC,**
*Appellee*

---

2021-2092, 2021-2094

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-00265, IPR2020-00274.

---

**ON MOTION**

---

Before LOURIE, DYK, and HUGHES, *Circuit Judges.*

PER CURIAM.

## O R D E R

The parties move to dismiss the above-captioned appeals pursuant to Fed. R. App. P. 42(b) with each side to bear its own costs and fees.

Upon consideration thereof,

2                              PRECISION SPINE, INC. v. RSB SPINE, LLC

IT IS ORDERED THAT:

The motion is granted. The appeals are dismissed as stipulated.

FOR THE COURT

November 1, 2022                    /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                    Clerk of Court

ISSUED AS AMADATE:  November 1, 2022